IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  *v.*<br><br>ISAAC A. VILLATORO | Criminal Information<br><br>No. 2:22-CR-002 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 26, 2019, in the Northern District of Georgia, the defendant, ISAAC A. VILLATORO, did knowingly possess at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions (a) having been produced using minors engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**Forfeiture**

Upon conviction of the offense in this Information, the defendant, ISAAC A. VILLATORO, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252A, 2252B, or 2260, or any book, magazine, periodical,

film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense alleged in the Information; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

    a. MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in the Information; and

    b. One (1) Apple iPhone, serial number FFMSLJYHHFLW, MN202LL/A.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America intends to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

KURT R. ERSKINE
  *United States Attorney*

*/s/ signature/*

RACHEL S. LYONS
  *Special Assistant United States Attorney*
Georgia Bar No. 721677

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181