U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2019R00462)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Hall  **DISTRICT COURT NO.** 2:22-CR-002

**MAGISTRATE CASE NO.**

Indictment            X Information                Magistrate's Complaint
DATE:                 DATE: January 12, 2022       DATE:

**UNITED STATES OF AMERICA**
**vs.**
**ISAAC A VILLATORO**

SUPERSEDING INFORMATION
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney: Rachel S. Lyons
Defense Attorney: